1 | LAWRENCE G. BROWN
Acting United States Attorney
2 | WILLIAM S. WONG
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone: (916) 554-2700

5

6

7

8 | IN THE UNITED STATES DISTRICT FOR THE

9 | EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          )     2:09-CR-072 FCD
                                       )
12 |          Plaintiff,               )     AMENDED STIPULATION AND ORDER
                                       )     TO RESET STATUS CONFERENCE
13 |      v.                           )
                                       )
14 | JERRY RAY JONES,                  )     DATE:  April 27, 2009
                                       )     TIME:  10:00 a.m.
15 |          Defendant.               )     CRTRM: Hon. Frank C. Damrell, Jr.
    _____)

16

17 |      The United States of America, through its counsels of record,

18 | Lawrence G. Brown, Acting United States for the Eastern District of

19 | California, and William S. Wong, Assistant U.S. Attorney, and the

20 | defendant Jerry Ray Jones, through his counsel, Hayes Gable, III,

21 | Esq., hereby stipulate and agree that the status conference scheduled

22 | for April 27, 2009, be continued to June 15, 2009, at 10:00 a.m.

23 |      At the request of defendant's counsel, Hayes Gable, the

24 | government is filing this stipulation and order because counsel Gable

25 | is unavailable because he is currently in trial in Yolo County and

26 | will not be available for a status conference until June 15, 2009.

27 | Furthermore, counsel Gable advises that the defendant needs

28 | additional time to adequately prepare and investigate this case.


                                    1              Stipulation and Order

1      The parties agree that time be excluded pursuant to 18 U.S.C.

2 § 3161(h)(8)(B)(iv) - Local Code T4 - continuity of counsel and

3 reasonable time to prepare.  The parties agree that the time be

4 excluded under this provision for the reasons stated above from

5 April 27, 2009, to and including June 15, 2009.

6 DATED: April 16, 2009           Respectfully submitted,

7                            LAWRENCE G. BROWN
                           Acting United States Attorney

8

9

10                  By:  /s/ WILLIAM S. WONG
                    WILLIAM S. WONG
                    Assistant U.S. Attorney

11

12

13 DATED: April 16, 2009          /s/ WILLIAM S. WONG for
                    HAYES GABLE, III, Esq.

14                     Counsel for Defendant Jones

15

16                       **ORDER**

17      Good cause having been shown, IT IS HEREBY ORDERED that this

18 matter be set for further status conference on June 15, 2009, at

19 10:00 a.m., and that time should be excluded pursuant to 18 U.S.C.

20 § 3161(h)(8)(B)(iv) and Local Code T4 from April 27, 2009, to and

21 including June 15, 2009.

22 DATED: April 16, 2009

23

24                           _____
                    FRANK C. DAMRELL, JR.

25                     UNITED STATES DISTRICT JUDGE

26

27

28