```
BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JERRY RAY JONES,<br>   aka Jerry Wallace,<br><br>   Defendant. | 2:09-cr-00072 FCD and<br>2:09-cr-00092 FCD<br><br>STIPULATION AND ORDER TO VACATE<br>MOTION DATE AND TO RESET MATTER<br>FOR STATUS CONFERENCE AND/OR<br>ENTRY OF PLEA<br><br>Date: January 11, 2010<br>Time: 10:00 a.m.<br>Ctrm: Frank C. Damrell, Jr. |

   The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and William S. Wong, Assistant U.S. Attorney, and defendant Jerry Ray Jones, through his counsel, Hayes Gable, III, Esq., hereby stipulate and agree to vacate the presently scheduled law and motion date for January 11, 2010 and schedule a further status conference and/or entry of plea on January 25, 2010, at 10:00 a.m.

   The parties are in negotiation to resolve both cases.  To this end, the parties request that the current law and motion hearing date of January 11, 2010 be vacated.  If the status conference and/or entry of plea is set for January 25, 2010, it will give the parties sufficient time to consider the written plea agreement and to inform

the Court whether the case is resolved.  If the case is not resolved, the parties will request a new briefing schedule be set at the hearing on January 25, 2010, at 10:00 a.m.

The parties agree that time be excluded pursuant to 18 U.S.C. § 3151(h)(8)(B)(iv) - Local Code T-4 - continuity of counsel and to provide the parties reasonable time to prepare.  The parties agree that the time be excluded under this provision for the reasons stated above from January 11, 2010, to and including, January 25, 2010.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Date: January 7, 2010            By:   /s/ William S. Wong
                                       WILLIAM S. WONG
                                       Assistant U.S. Attorney

Date: January 7, 2010            By:   /s/ Hayes Gable, III
                                       HAYES GABLE, III
                                       Attorney for Defendant

**ORDER**

Good cause having been shown, IT IS HEREBY ORDERED that the law and motion hearing date of January 11, 2010 be vacated and the matter be scheduled for further status conference and/or entry of plea on January 25, 2010, at 10:00 a.m., and that time should be excluded pursuant 18 U.S.C. § 3151 (h)(8)(B)(iv) and Local Code T-4 from January 11, 2010, to and including, January 25, 2010.

Date: January 7, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2