```
BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>JERRY RAY JONES,<br>  aka Jerry Wallace,<br><br>            Defendant. | 2:09-cr-00072 FCD<br>2:09-cr-00092 FCD<br><br>STIPULATION AND ORDER TO VACATE<br>AND TO RESET MATTER FOR STATUS<br>CONFERENCE AND/OR ENTRY OF PLEA<br><br>Date: February 22, 2010<br>Time: 10:00 a.m.<br>Ctrm: Frank C. Damrell, Jr. |

  The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and William S. Wong, Assistant U.S. Attorney, and defendant Jerry Ray Jones, through his counsel, Hayes Gable, III, Esq., hereby stipulate and agree to vacate the presently scheduled status conference/entry of plea for February 22, 2010 and schedule a further status conference and/or entry of plea on April 26, 2010, at 10:00 a.m.

  The government has provided a plea agreement to the defendant's counsel for his review with the defendant. Just recently, defendant's counsel, Hayes Gable, III, contacted the government's counsel and requested that a stipulation and order be prepared at his request to

1  continue the status conference/entry of plea because defendant's
2  counsel is currently in a jury trial in People v. Dunn in the
3  Sacramento County Superior Court, Department 20.  Defendant's counsel
4  advises that the trial involves a capital murder case and that he will
5  not be available until April 26, 2010. The government is filing this
6  stipulation at the request of the defendant and does not oppose the
7  continuance in order to allow the defendant to go over the plea
8  agreement with his counsel. This continuance will allow time for the
9  defendant to consider the written plea agreement and to inform the
10 court whether the case is resolved. If the case is not resolved, the
11 parties will request a new briefing schedule be set at the hearing on
12 April 26, 2010, at 10:00 a.m.
13     The parties agree that time be excluded pursuant to 18 U.S.C. §
14 3151(h)(8)(B)(iv) - Local Code T-4 - continuity of counsel and to
15 provide the parties reasonable time to prepare.  The parties agree
16 that the time be excluded under this provision for the reasons stated
17 above from February 22, 2010, to and including, April 26, 2010.

                                        Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Date: February 19, 2010        By:   /s/ William S. Wong
                                     WILLIAM S. WONG
                                     Assistant U.S. Attorney

Date: February 19, 2010        By:   /s/ Hayes Gable, III
                                     HAYES GABLE, III
                                     Attorney for Defendant

**ORDER**

27    Good cause having been shown, IT IS HEREBY ORDERED that the
28 hearing date of February 22, 2010 be vacated and the matter be

1  scheduled for further status conference and/or entry of plea on April
2  26, 2010, at 10:00 a.m., and that time should be excluded pursuant 18
3  U.S.C. § 3151 (h)(8)(B)(iv) and Local Code T-4 from February 22, 2010,
4  to and including, April 26, 2010.

6  Date: February 19, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE